474 A.2d 686

Commonwealth v. Brake, Appellant.

Submitted February 27, 1984. William T. Krzton, for appellant; Robert F. Hawk, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WICKERSHAM and HOFFMAN, JJ.

Order affirmed.